UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:08-CR-00121(02)RM |
| ) | |
| TIRENO WASHINGTON ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on August 12, 2009. Accordingly, the court ADOPTS those findings and recommendations [docket # 66], ACCEPTS defendant Tireno Washington's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. §§ 2113(d) and 2.

SO ORDERED.

ENTERED:  September 2, 2009


 /s/ Robert L. Miller, Jr.
Chief Judge
United States District Court